COURTNEY M. MABEE et al., Appellants, *v.* WHITE PLAINS PUBLISHING COMPANY, INC., Respondent.

Argued October 10, 1944; decided November 16, 1944.

*Stephen R. J. Roach* for appellants.

*Douglas B. Maggs, Bessie Margolin, Irving Rozen* and *Joseph I. Nachman* for the Administrator of the Wage and Hour Division, United States Department of Labor, as amicus curiæ, in support of appellant's position.

*Elisha Hanson* of the District of Columbia Bar and *Frances K. Marlatt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.